1  Maria C. Roberts, State Bar No. 137907
   Shirley A. Gauvin, State Bar No. 144652
2  SWEENEY GREENE & ROBERTS
   401 West A Street, Suite 1675
3  San Diego, CA 92101
   Telephone: (619) 546-5501
4  Facsimile: (619) 330-4907

5  Attorneys for Defendants Palomar Health, Pat Dillon, Craig
   Parrish and Judith Mandeville
6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 | KENNETH BOONE, an Individual, | Case No. **'13CV1745 JLS  KSC**
12 |         Plaintiff,            | Action Date: May 10, 2013
13 |    v.                         | **NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANTS PALOMAR HEALTH, PAT DILLON, CRAIG PARRISH AND JUDITH MANDEVILLE**
14 | PALOMAR HEALTH, a purported California Healthcare District; PAT DILLON, an Individual; CRAIG PARRISH, an Individual; JUDITH MANDEVILLE, an Individual; and DOES 1-35, Inclusive, |
15 |                               |
16 |                               | [Pursuant to 28 U.S.C. §§ 1331 and 1441(a)]
17 |         Defendants.           |
18 |                               | ACCOMPANYING DOCUMENTS: CIVIL COVER SHEET; DECLARATION OF MARIA C. ROBERTS; CERTIFICATION AND NOTICE OF PARTIES WITH FINANCIAL INTEREST

---

NOTICE OF REMOVAL OF ACTION

4852-1990-5300

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE that Defendants Palomar Health, Pat Dillon, Craig Parrish and Judith Mandeville ("Defendants") hereby file this Notice of Removal from the Superior Court of the State of California in and for the County of San Diego, of Case No. 37-2013-00048126-CU-DE-CTL (the "State Action") to the United States District Court for the Southern District of California.

     Removal is based upon federal question jurisdiction in that the State Action asserts claims which arise under the Family and Medical Leave Act, 29 U.S.C. section 2601, *et seq.* ("FMLA"). (28 U.S.C. §§ 1331, 1367, 1441.) Pursuant to 28 U.S.C. § 1446(a), attached hereto collectively as Exhibit 1 is the entirety of the State Court file. No further proceedings have been had or documents filed in the Superior Court for the County of San Diego. This Notice of Removal is timely in that it has been filed within thirty (30) days of Defendant's first notice of the State Action. (28 U.S.C. § 1446(b); Roberts Decl., ¶ 4.)

A.   **<u>Removal is Proper Based on Federal Question Jurisdiction</u>**

    1.   Plaintiff KENNETH BOONE ("BOONE") commenced the State Action against Defendants, by filing a Complaint in the Superior Court of the State of California in and for the County of San Diego. A copy of the Summons and Complaint, related to BOONE'S employment with Palomar Health, is attached hereto collectively as Exh. 1.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4852-1990-5300

2. Palomar Health is a California Hospital District, a public entity, doing business in the County of San Diego, State of California. (Exh. 1, ¶ 3.) Defendants Mr. Dillon, Mr. Parrish and Ms. Mandeville are individuals who are public entity employees employed by Palomar Health and who reside in the County of San Diego, State of California. (Exh. 1, ¶¶ 4, 5 and 6.)

3. Defendants now remove the State Action to the United States District Court for the Southern District of California on the basis of federal question jurisdiction.

4. BOONE'S lawsuit arises under federal law because he allege a cause of action for willful violation of the Family and Medical Leave Act of 1993 ("FMLA"), and related claims for damages. (Exh. 1.) The FMLA is a federal law codified in 29 U.S.C. § 2601.

5. In the Complaint, BOONE alleges that Defendants violated the FMLA by alleged adverse treatment of BOONE, including alleged discrimination and retaliation against him, alleged interference with his use of FMLA leave, for discharging him, using medical leave under the FMLA, thereby causing BOONE to suffer losses in earnings, bonuses, deferred compensation, and other employment benefits, embarrassment, humiliation, harm to his reputation, and mental anguish. (Exh. 1, ¶¶ 34-35.)

6. Defendants first received notice of the State Action when the summons and complaint were transmitted to defense counsel on or about June 28, 2013. (Roberts Decl., ¶ 4.) This Notice of Removal is timely filed with this Court pursuant to 28 U.S.C. §1446(b), as thirty days have not expired since the summons and complaint were transmitted to defense counsel. (Roberts Decl., ¶ 4.)

7. Defendants seek removal of this action pursuant to 28 U.S.C. §1441(b) on the ground that the State Action is a civil action over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331, in that BOONE'S Complaint asserts an alleged claim under the FMLA.

8. BOONE'S state claims are integrally related to his federal FMLA claim and, thus, form a part of the same case or controversy. Accordingly, this Court has supplemental jurisdiction over BOONE'S state law claims pursuant to 28 U.S. §§ 1367 and 1441(c).

9. Venue is proper in the Southern District of California. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States for the district and division embracing the place where such action is pending." (*See generally*, Exh. 1.)

10. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to counsel for Plaintiff BOONE, and a copy of this Notice of Removal will be filed with the Superior Court of the State of California in and for the County of San Diego.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1      WHEREFORE, pursuant to 28 U.S.C. sections 1331 and 1441(a), Defendants respectfully request that this action be removed from the Superior Court of the State of California in and for the County of San Diego, to the United States District Court for the Southern District of California.

DATED: July 26, 2013            SWEENEY GREENE & ROBERTS

                                                 By:   /s/ *Maria C. Roberts*
                                                      Maria C. Roberts
                                                      Shirley A. Gauvin
                                                      Attorneys for Defendants, Palomar Health, Pat Dillon, Craig Parish and Judith Mandeville

---

                                                       4                                                      NOTICE OF REMOVAL OF ACTION